UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANYOU ZHENG (A-Number: 241-006-487),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONS CENTER,<br><br>Respondent. | Case No. 1:26-cv-1887-TLN-JDP<br><br>FINDINGS AND RECOMMENDATIONS |

On March 9, 2026, petitioner Jianyou Zheng filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Court records reflect, however, that petitioner filed a similar petition seeking the same relief in this district on March 2, 2026. *See Zheng v. Becerra*, No. 1:26-cv-1704-JLT-EPG. Because the petition in this action is duplicative of the petition in petitioner's other action, I recommend that this action be dismissed. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (holding that a complaint that "merely repeats pending or previously litigated claims" may be dismissed as frivolous under the authority of 28 U.S.C. § 1915).

1

Based on the foregoing, it is hereby RECOMMENDED that:

1. The petition for writ of habeas corpus, ECF No. 1, be DISMISSED.

2. Respondent's motion to dismiss, ECF No. 5, be DENIED as moot.

3. The Clerk of the Court be ordered to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within seven days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within seven days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    March 18, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE