UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANYOU ZHENG (A 241-006-487),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY<br>CORRECTIONS CENTER,<br><br>Respondent. | No. 1:26-cv-01887-TLN-JDP<br><br><br>**ORDER** |

Petitioner, an immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 6.)  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The petition for writ of habeas corpus (ECF No. 1) is DISMISSED;

2.  Respondent's motion to dismiss (ECF No. 5) is DENIED as moot; and

1

3.  The Clerk of the Court is ordered to close this case.

IT IS SO ORDERED.

Date: March 31, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2